```
STEPHANIE YONEKURA
Acting United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
GAVIN L. GREENE (Cal. Bar No. 230807)
Assistant United States Attorney
        Federal Building, Suite 7211
        300 North Los Angeles Street
        Los Angeles, California 90012
        Telephone: (213) 894-4600
        Facsimile: (213) 894-0015
        E-mail: Gavin.Greene@usdoj.gov
```

JS-6

Attorneys for the United States of America

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: 8137 Adoree Street<br>Downey, CA 90242 | Case No. CV15-03059 DDP (AJWx)<br><br>Judgment Distributing the Deposited Funds |

Based on the Stipulation to Distribute the Deposited Funds ("Stipulation") and for good cause shown, the Stipulation is GRANTED.

**IT IS ORDERED** that the Los Angeles County Superior Court shall distribute the $33,526.88 in surplus funds on deposit from case number VS026864 by check made payable to International Wholesale Tile, LLC.  Payment shall be send to:

Martin D. Goodman

456 Montgomery Street, Suite 1300

San Francisco, CA 94104

**cc:** Los Angeles County Superior Court

**IT IS FURTHER ORDERED** that receipt of $33,526.88 from the Los Angeles County Superior Court shall fully satisfy all claims by International Wholesale Tile, LLC against Roberto Gutierrez individually, and Roberto Gutierrez dba Color Tile Outlet, dba The Tile Outlet Discount Center.

    **IT IS FURTHER ORDERED** that this Order does not affect the tax liabilities of Nora Gutierrez or the tax liens against Nora Gutierrez.

    **IT IS FURTHER ORDERED** that United States of America, International Wholesale Tile, LLC, Roberto Gutierrez, and Nora Gutierrez, will each bear their own costs and attorney's fees.

Dated: June 12, 2015

_____
DEAN D. PREGERSON
United States District Judge

Respectfully submitted,
STEPHANIE YONEKURA
Acting United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division


GAVIN L. GREENE
Assistant United States Attorney
Attorneys for United States of America